UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>CAMINO REAL, LP,<br><br>        Defendants. | Case No.: 1:21-cv-00236 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 8) |

      The plaintiff reports that he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 8) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than June 11, 2021**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:  **April 27, 2021**          _/s/ Jennifer L. Thurston_
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE