UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>CAMINO REAL, LP,<br><br>  Defendants. | Case No.: 1:21-cv-00236 AWI JLT<br><br>ORDER CLOSING THE CASE<br>(Doc. 10) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1). (Doc. 10) He indicates the parties will bear their own fees and costs. Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **April 29, 2021**          **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE